[No. 26971-0-III.  Division Three.  November 25, 2008.]

STEVEN R. GEORGE ET AL., *Appellants*, v. NATIONWIDE MUTUAL INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-2-01171-3, Blaine G. Gibson, J., entered February 20, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[Nos. 61367-7-I; 61368-5-I.  Division One.  December 1, 2008.]

*In the Matter of the Dependency of* J.J.B. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. JASON BONWELL, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 07-7-04361-4, Ronald Kessler, J., entered February 20, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Leach, JJ.

[No. 61592-1-I.  Division One.  December 1, 2008.]

SCOTT A. ANDERSON, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-21683-9, Monica Benton, J., entered March 28, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 36157-4-II.  Division Two.  December 2, 2008.]

STRUCTURAL INVESTMENTS & PLANNING IV, LLC, *Respondent*, v. RAY SCHILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 05-2-00068-8, Michael J. Sullivan, J., entered March 14, 2007. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.